UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D<small>ENEKO</small> C<small>HILDS</small>, on behalf of himself
and all others similarly situated,

        Plaintiff,                Case No. 17-cv-13735

        v.                U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small>
                                  J<small>UDGE</small>
M<small>ANAGEMENT</small> R<small>EGISTRY</small>, I<small>NC.</small> D/B/A        G<small>ERSHWIN</small> A. D<small>RAIN</small>
M<small>ALONE</small> S<small>TAFFING</small> S<small>OLUTIONS</small>,

        Defendant.

_____/

### J<small>UDGMENT</small>

In accordance with the Opinion and Order entered on today's date,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant and against Plaintiff.

Dated at Detroit, Michigan, this 30th, day of April 2018.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT