UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENEKO CHILDS, on behalf of
himself and all others similarly situated,

        Plaintiffs,

v.

YANFENG US AUTOMOTIVE
INTERIOR SYSTEMS I, LLC,
d/b/a YANFENG AUTOMOTIVE
INTERIOR SYSTEMS

        Defendant.

Case No. 17-13735

Hon. Gershwin A. Drain

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court on the parties' Stipulation for Dismissal, and the Court being fully advised:

**IT IS ORDERED** that the above case be dismissed with prejudice and without any costs or attorney fees to any party.

Dated: January 29, 2019

        s/Gershwin A. Drain
        HON. GERSHWIN A. DRAIN
        United States District Court Judge

STIPULATED AND AGREED:

| SMITHMARCO, P.C. | THE MILLER LAW FIRM, P.C. |
|---|---|
| */s/ David M. Marco (w/consent)* | */s/ Marc L. Newman* |
| David M. Marco | Marc L. Newman |
| Attorney for Plaintiff | Attorney for Defendant |

Dated: January 24, 2019